O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ROBERTO SANTOS-DIAZ,
Petitioner,
v.
DHS, et al.
Respondents.

Case No. 5:26-cv-02562-SVW-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 15). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition.

DATED: July 14, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE