JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO SANTOS-DIAZ,<br>Petitioner,<br>v.<br>DHS, et al.,<br>Respondents. | Case No. 5:26-cv-02562-SVW-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Petition is denied.

DATED: July 14, 2026

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE